# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WILLIAM EBERLINE, II, on behalf of himself and those similarly situated,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  8:11-cv-235-T-30AEP**

**ABI COMPANIES, INC., a Florida corporation,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Stipulation for Dismissal With Prejudice (Dkt. 10).  Plaintiff brought this action against Defendant for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq.  On March 17, 2011, the parties notified the Court that they had settled the case.  The parties have now notified the Court that "the settlement provides the Plaintiff with full compensation of all sums the Plaintiff could have recovered under the FLSA, including his unpaid wages for all overtime hours worked, an equal amount for liquidated damages, and his attorneys' fees and costs."

The Scheduling Order issued by this Court on March 16, 2011, instructed the parties that "No agreement, including one as to attorney's fees and costs, shall be binding until approved by the Court."  In addition, on March 21, 2011, the Court entered a 60-day Order of Dismissal, which instructed the parties not to make any payment of fees or costs without prior authorization or approval from this Court.

The parties point out that judicial approval of the settlement is not required when the plaintiff receives full compensation for all sums recoverable under the FLSA.  However, section 216(b) of the FLSA states that the Court "shall ... allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."  Therefore, as the Court noted in its previous orders, Defendant cannot pay any attorney's fee or costs until the Court has determined what is a reasonable fee in this action.  Plaintiff's attorney is directed to submit an attorney's fee and costs affidavit with supporting time records and documentation so that the Court may determine the reasonableness of the fees and costs to be paid pursuant to the settlement of the parties.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's attorney shall submit an attorney's fee and costs affidavit with supporting time records and documentation within twenty (20) days of this Order.

2. No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.

**DONE** and **ORDERED** in Tampa, Florida on May 11, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-235.atty fee aff.frm